UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RENO BRETON,

                                                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, KEIYON S. RAMSEY, Individually, and
OFFICER JOHN DOE, Individually,

                                                                                  Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

23 Civ. 1021 (JLR)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        November 13, 2023

CAMPANELLI & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
(516) 746-1600

By: _____
    Andrew J. Campanelli

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    New York City Police Department, and
    Ramsey*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Qiana Smith-Williams

SO ORDERED:

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2023

2